DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DOMINIQUE EASLEY,**
Appellant,

v.

**WILEY BROWN,**
Appellee.

No. 4D17-1885

[February 22, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Joseph George Marx, Judge; L.T. Case No. 502015CA009465.

Darren A. Heitner of Heitner Legal, P.L.L.C., Fort Lauderdale, for appellant.

Sorraya M. Solages-Jones and Kevin C. Smith of Lytal, Reiter, Smith, Ivey & Fronrath, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, MAY and DAMOORGIAN, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***